IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LEIKEISHA L. LEMON,**
  **Plaintiff,**

vs.               Case No. 5:11cv131/RS/CJK

**CHATTAHOOCHEE SECURITY GUARDS, et al.,**
  **Defendants.**

## ORDER

  Plaintiff, proceeding *pro se*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). Upon review of the complaint, it appears the proper venue for this action lies in the Tallahassee Division of this court.

  Venue for actions under 42 U.S.C. § 1983 is governed by 28 U.S.C. § 1391(b), which provides:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

*Id.* In the instant case, plaintiff is suing, *inter alia*, Jeffrey Lockley, who resides in Franklin County (doc. 1). The events giving rise to plaintiff's complaint occurred in Gadsden County (doc. 1). These counties lie in the Tallahassee Division of this court.

Accordingly, it is ORDERED:

Pursuant to Local Rule 3.1(C), the Clerk shall transfer this case to the Tallahassee Division of this District Court.

DONE AND ORDERED this 11th day of May, 2011.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:11cv131/RS/CJK*