IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEIKEISHA L. LEMON,

    Plaintiff,

vs.                                  CASE NO. 4:11cv214/RS-WCS

CHATTAHOOCHEE SECURITY
GUARDS and FRANKLIN COUNTY
SHERIFF'S DEPARTMENT,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 12). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Amended Complaint (Doc. 8) is dismissed pursuant to 28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief may be granted and because the claims are barred by the statute of limitations.

3. The clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) and to close the file.

**ORDERED** on July 8, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**