IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEIKEISHA L. LEMON,

    Plaintiff,

vs.                                                          CASE NO. 4:11cv214/RS-WCS

CHATTAHOOCHEE SECURITY
GUARDS and FRANKLIN COUNTY
SHERIFF'S DEPARTMENT,

    Defendants.

_____/

## ORDER

Before me is the correspondence from Plaintiff (Doc. 15), which will be considered as a motion for relief from a judgment or order pursuant to Fed.R.Civ.P. 60. Plaintiff did not file objections to the Magistrate Judge's Order and Report and Recommendation (Doc. 12). After the time for filing objections had expired, the Magistrate Judge's Report and Recommendation was approved and incorporated into the Order (Doc. 13), which dismissed Plaintiff's claims. Plaintiff has not shown any grounds for relief under Fed.R.Civ.P. 60.

The motion for relief from judgment or order is denied.

**ORDERED** on July 21, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**